United States District Court
Southern District of Texas
**ENTERED**
June 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELISEO RUIZ MENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-701 |
| | § | |
| JOHN  DOE | § | |
| and | § | |
| CO HAI NGUYEN | § | |
| and | § | |
| BRYAN  COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff's motion to withdraw his motion for leave to amend his complaint (Doc. # 14) is GRANTED.  The motion for leave to amend (Doc. # 11) is WITHDRAWN.

It is so ORDERED.

SIGNED on this 24th day of June, 2021.

_____
Kenneth M. Hoyt
United States District Judge